IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC, | No. C 09-3140 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S |
| v. | REPORT AND RECOMMENDATION RE |
| CITY TRANSIT, INC. dba Mayflower Moving and Storage, | MOTION FOR DEFAULT JUDGMENT |
| Defendant. | |
| _____/ | |

The Court has reviewed Magistrate Judge Lloyd's Report and Recommendation Re Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 9/3/2010

CLAUDIA WILKEN
United States District Judge