IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY TRANSIT, INC. dba Mayflower Moving and Storage,<br><br>    Defendant.<br>_____/ | No. C 09-3140 CW<br><br>PERMANENT INJUNCTION |

    IT IS HEREBY ORDERED that City Transport, Inc., its officers, directors, employees, agents, subsidiaries, representatives, distributors, dealers, related companies, and all person in active concert or participation with any of them, are permanently enjoined from using the name MAYFLOWER in their name, website, solicitations for business, advertisements, shipping or storage documents, phone communications, or any business activities that are in any way related to transportation or storage services.

    City Transport, Inc., is permanently enjoined from further use of the domain www.MayflowerSF.com.

Dated: 9/7/2010

                                          CLAUDIA WILKEN<br>
                                          United States District Judge